UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-14352-CIV-MARTINEZ-MAYNARD

LAUREN LUTZ,

    Plaintiff,

v.

AVION CATERING GROUP, LLC, a New
Jersey limited liability company, d/b/a
VINTAGE CATERERS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, LAUREN LUTZ, by and through her undersigned counsel hereby files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

According to Rule 41(a)(1)(A)(i), the Plaintiff may file a notice of dismissal if the Defendant has not filed and answer, which is the case in this underlying matter.

As such, Plaintiff respectfully requests this Court dismiss this matter without prejudice.

Respectfully submitted this 22nd day of December 2017.

                                              s/Cathleen Scott
                                              Cathleen Scott, Esq.
                                              Primary e-mail: CScott@scottwagnerlaw.com
                                              Secondary e-mail: mail@scottwagnerlaw.com
                                              Allison B. Duffie, Esq.
                                              Florida Bar No. 649902
                                              Primary e-mail: ADuffie@scottwagnerlaw.com
                                              Secondary e-mail: mail@scottwagnerlaw.com
                                              SCOTT WAGNER & ASSOCIATES, P.A.

Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone:   (561) 653-0008
Facsimile:    (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com